**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| JOSE GARCIA-VASQUEZ <br> 6809 James Farmer Way <br> Capitol Heights, MD 20743 <br><br> And <br><br> OLGA HERRERA <br> 6809 James Farmer Way <br> Capitol Heights, MD 20743 <br><br> Plaintiffs, <br><br> v. <br><br> STEPHEN NUTTER <br> 645 S. 8th Street <br> Upper Sandusky, OH  43351 <br><br> And <br><br> TOYS FOR TOTS <br> a/k/a MARINE TOYS FOR TOTS <br> 3330 New York Ave., NE <br> Washington, DC 20002 <br><br> Defendants. | Civil Action No.: 19-148 |

**NOTICE OF REMOVAL OF A CIVIL ACTION**

At the time of the alleged incident, Defendant Stephen Nutter was on active duty as a Staff Sergeant of the U.S. Marine Corp (USMC) and now, through undersigned counsel, hereby files this Notice of Removal pursuant to 28 U.S.C. §§ 1442(a)(l) and 1446.  In support of this notice, Defendant Nutter states as follows:

1. Stephen Nutter is one of the named Defendants in a civil action styled *Garcia-Vasquez, et al. v. Stephen Nutter, et al.*, Civil Action No. 2018 CA 00426 V, now pending in the Superior Court of the District of Columbia. *See* Complaint, Exhibit A.

2. This action was filed on or around December 6, 2018. *Id.* There is no evidence showing that the Complaint and summons were properly served upon Defendant Nutter under D.C. Superior Court Rule 4(i) or its equivalent under Fed. R. Civ. P. 4(i).

3. Plaintiffs are alleging that Defendant Nutter negligently operated his vehicle when he collided into the rear of Plaintiffs' car. *See* Complaint, Exhibit A. Such negligent claim is to be brought pursuant to the Federal Tort Claims Act, 28 U.S.C. § 2671, *et seq*.

4. Exhibit B is a certification by Daniel F. Van Horn, Chief of the Civil Division, Office of the United States Attorney for the District of Columbia, acting pursuant to the provisions of 28 U.S.C. § 2679(d). By virtue of the authority delegated to him, Mr. Van Horn certifies that, based on the information now available to him with respect to the allegations in the Complaint, Defendant Stephen Nutter was acting within the scope of his office or employment at the time of the alleged incident of the Federal Government (*i.e.*, as a noncommissioned-USMC officer). By operation of law, the claim against Mr. Nutter becomes a claim against the United States, which should be substituted for Mr. Nutter as a defendant.

5. A notice of filing of this Notice of Removal will be filed in the Superior Court of the District of Columbia.

Wherefore, the action now pending in the Superior Court of the District of Columbia is properly removed to this Court pursuant to 28 U.S.C. §§ 1442(a)(l) and 1446.

*[Signature block on the next page]*

Dated:  January 23, 2019	Respectfully submitted,

                                              JESSIE K. LIU,
D.C. Bar #472845
United States Attorney
District of Columbia

DANIEL F. VAN HORN
D.C. Bar #924092
Chief, Civil Division

By:	_____//s_____
JOHN C. TRUONG
D.C. BAR #465901
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
Tel: (202) 252-2524
Fax: (202) 252-2599
E-mail: John.Truong@usdoj.gov
Counsel for Defendant Stephen Nutter and
United States of America

## CERTIFICATE OF SERVICE

I certify that on January 23, 2019, I caused a copy of the foregoing Notice of Removal of a Civil Action to be served by first class mail upon:

Philip R. Murray
702 Russel Avenue, Suite 310
Gaithersburg, MD  20877
Counsel for Plaintiffs

Moxila A. Upadhyaya
600 Massachusetts Ave., NW
Washington, DC 20001
Counsel for Toys for Tots

Ralph A. Dengler
Blair R. Springer
1270 Avenue of the Americas, 24th Floor
New York, NY 10020
Counsel for Toys for Tots

                                          */s/*
                                  JOHN C. TRUONG
                                  Assistant United States Attorney